### KELLEY v. UNITED STATES.

No. 7163.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Robert F. Woerner, Edw. G. Miller, and Leo J. Sandmann, all of Louisville, Ky., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

There being no reviewable question presented on the record in this cause because the appellant neither requested findings of fact or conclusions of law on the trial of the case nor excepted to any finding or conclusion made by the trial court [Oyler v. Cleveland, C., C. & St. L. Ry. Co., 16 F.(2d) 455 (C.C.A.6); Thomas E. Basham Co. v. Lucas, 30 F.(2d) 97 (C.C.A.6); United States v. New York, C. & St. L. R. Co., 32 F.(2d) 887, 889 (C.C.A.6); Union Bleachery v. United States, 79 F.(2d) 549, 102 A.L.R. 204 (C.C.A.4)],

It is ordered that the judgment be affirmed.